JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVALYN HOPPER, | ) | Case No. CV 10-5387 RNB |
| Plaintiff, | ) | |
| vs. | ) | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: May 24, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE